No. 616. BRIDGES v. FORBES, DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied. *Fred Crane* for petitioner. *John R. Connolly* for Alaska Housing Authority, intervenor.

No. 619. MASON & DIXON LINES, INC., v. GENERAL ELECTRIC Co. C. A. 4th Cir. Certiorari denied. *William B. Poff* for petitioner. *J. H. Doughty* for respondent.

No. 623. TINNERMAN PRODUCTS, INC., v. PRESTOLE CORPORATION. C. A. 6th Cir. Certiorari denied. *Albert R. Teare* and *Jerome F. Kramer* for petitioner. *John A. Blair* for respondent.

No. 626. FIANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *L. Donald Jaffin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 633. WRIGHT v. OHIO. Supreme Court of Ohio. Certiorari denied. *Melvin Edward Schaengold* for petitioner.

No. 634. BRASIER v. CITY OF TULSA, OKLAHOMA. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Charles E. Norman, Finis Smith* and *Darven L. Brown* for respondent.

No. 635. SLUSARZ v. CYGAN. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 636. BRAWNER v. BRAWNER. Supreme Court of Missouri. Certiorari denied. *Joseph Langworthy* for petitioner. *John S. Marsalek* for respondent.